UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 08053
    RONALD E GOLLIHUR SR
    RHONDA M GOLLIHUR                      CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6676    SSN XXX-XX-1137
```

--------------------------------------------------------------------------------
### TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1.  The case was filed on 03/07/05 and confirmed on 05/25/05.

2.  The case was converted to Chapter 7 after confirmation, 09/19/2007.

3.  The Debtor paid a total of $ 18228.00 .

4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DUPAGE COUNTY COLLECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 1252.86 | 106.42 | 1241.09 |
| ONYX ACCEPTANCE | SECURED | 9750.00 | 1104.65 | 9656.58 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 3049.27 | .00 | 3049.27 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 3792.61 | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 392.03 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 735.81 | .00 | .00 |
| WEST SUBURBAN CARDIOLOGI | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1816.22 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 416.44 | .00 | .00 |
| CC SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LELAND SCOTT & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| OTOLARYNGOLOY HNS LTD | UNSECURED | 201.60 | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4400.84 | .00 | .00 |

```
RESURGENT CAPITAL SERVIC  UNSECURED      1286.85              .00              .00
SECRETARY OF STATE        UNSECURED    NOT FILED              .00              .00
CONSUMER MARKETS          UNSECURED    NOT FILED              .00              .00
WALMART                   UNSECURED    NOT FILED              .00              .00
WEST CENTRAL ANESTHESIOL  UNSECURED    NOT FILED              .00              .00
WOMANS WORKOUT WORLD      UNSECURED    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE  UNSECURED          .00              .00              .00
ONYX ACCEPTANCE           UNSECURED      3632.16              .00              .00
        Summary of disbursements:
```

------------------------------------------------------------------------------

|                   | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 14052.13 | .00 | 16674.56 | .00 | 30726.69 |
| PRINCIPAL PAID     | 13946.94 | .00 | .00 | .00 | 13946.94 |
| INTEREST PAID      | 1211.07  | .00 | .00 | .00 | 1211.07  |
| TOTAL PAID         | 15158.01 | .00 | .00 | .00 | 15158.01 |

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $   3025.00
and was paid $    698.00   direct and $   2327.00   through the plan.

The Trustee received $    742.99 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/20/07                   /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE